IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AK TAYEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-306 |
| | ) | (Guyton) |
| INDIANA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This case came before the Court on June 19, 2006 for a hearing on the Joint Motion For Continuance Of Trial Date. [Doc. 7]. Finding it well-taken, the said Motion [Doc. 7] was **GRANTED**.

The Court then set a new schedule for the case, amending the Scheduling Order [Doc. 6] as follows:

1. Trial: **December 19, 2006** (four (4) days);

2. Pre-Trial Conference: **December 11, 2006 at 9:30 a.m.**;

3. Expert Testimony: Disclosure of any expert testimony in accordance with Fed. R. Civ. P. 26(a)(2) shall be made by the plaintiff on or before **August 18, 2006** and by the defendant on or before **September 18, 2006**;

4. Daubert: Motions seeking a Daubert hearing must be filed on or before **October 23, 2006** or they shall be deemed waived;

5. Pretrial Disclosures: On or before **November 3, 2006**, the parties shall make all pretrial disclosures specified in Fed. R. Civ. P. 26(a)(3), except as to witnesses (see paragraph 6 below);

6. Witness List: On or before **October 20, 2006**, the parties shall file a final witness

list, covering the information specified in Rule 26(a)(3). Within five (5) days of same, such list may be supplemented;

7. All Discovery: All discovery, including the taking of depositions "for evidence" shall by completed on or before **November 17, 2006**;

8. Motions to Compel: Filed on or before **October 17, 2006**;

9. Agreed Pre-Trial Order: File with the Court on or before **November 17, 2006**;

10. Motions In Limine: Filed on or before **December 11, 2006**; and

11. Proposed Jury Instructions: Filed on or before **December 11, 2006**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge